UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JMG IMPROVEMENTS, INC., *et al.*,

                Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

20-CV-2882 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 15, 2020, Defendants filed a motion to dismiss "the claims in the Complaint alleging violations of New York Insurance Law § 2106 and 11 NYCRR Part 216 (Regulation 64)." Dkt. 16. Plaintiffs did not file a memorandum of law in opposition to the motion. No later than Monday, February 8, 2021, Plaintiffs shall submit a letter informing the Court whether they consent to strike any mention of New York Insurance Law § 2106 and 11 NYCRR Part 216 (Regulation 64) from their complaint, or whether they oppose the motion.

SO ORDERED.

Dated:    February 5, 2021
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge