UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JMG IMPROVEMENTS, INC., *et al.*,

                Plaintiff,

        v.

ARCH SPECIALTY INSURANCE COMPANY, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-12-21

20-CV-2882 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated at today's conference, Defendants' motion to dismiss, filed May 15, 2020, is DENIED.

      The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 16.

SO ORDERED.

Dated:    February 12, 2021
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge