UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JMG IMPROVEMENTS INC.,

                                Plaintiff,

            -against-

ARCH SPECIALTY INSURANCE COMPANY,
ARMOUR RISK MANAGEMENT INC., BE & YO
REALTY INC., UPRISE IMPROVEMENTS, INC.,

                                Defendants.
-------------------------------------------------------------------X

**MEMORANDUM ENDORSEMENT**

Civil Action No.: 20-cv-02882-RA-GWG

**NOTICE OF MOTION FOR RECONSIDERATION**

       **PLEASE TAKE NOTICE** that Defendants, ARCH SPECIALTY INSURANCE COMPANY and ARMOUR RISK MANAGEMENT INC., by and through their counsel, Rivkin Radler LLP, shall move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the United States District Court for the Southern District of New York located at 500 Pearl St, New York, NY 10007, on April 28, 2021 or as soon as the Court deems proper, for an Order, granting reconsideration of the March 24, 2021 discovery order and, upon reconsideration, denying the untimely motion for discovery and ordering that Arch and Armour do not have to respond to the irrelevant, burdensome, intrusive, prejudicial and overbroad discovery requested by Plaintiff, and granting such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that Defendants will rely on the accompanying Memorandum of Law and the Declaration of Frank A. Valverde, Esq., with exhibits, in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that, any opposing affidavits and answering memoranda of law shall be served upon the undersigned on or before April 21, 2021.

Dated: Uniondale, New York
April 7, 2021

                                                  Respectfully submitted,

                                                  RIVKIN RADLER LLP
                                                  Attorneys for Defendants

By: _____
      Anne M. Murray
      Frank A. Valverde
      926 RXR Plaza
      Uniondale, New York 11556-0926
      (516) 357-3000

TO: **VIA ECF**

James Haddad, Esq.
Law Office of James M. Haddad
1700 Broadway, 41st Floor
New York, NY 10019
Jim2@jimhaddad.com

Clifford I. Bass, Esq.
Pillinger Miller Tarallo, LLP
555 Taxter Road, Ste 5
Elmsford, NY 10523
cbass@pmtlawfirm.com

**The motion plainly does not meet the high standards for a motion for reconsideration. See SEC v. Collector's Coffee Inc., 464 F. Supp. 3d 665, 667-69 (S.D.N.Y. 2020). The matters raised in this motion either were actually raised in the parties' letters and considered by the Court or should have been raised in those letters. (The Court specifically asked the parties to inform it if a party required formal briefing and no party so requested. See Docket # 64). Separately, the Court notes that the repeated references to "burdensomeness" in the brief are conclusory and unsupported. The Court took great pains to make sure that nothing it ordered would actually be unduly burdensome to produce.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**April 8, 2021**

5214597.v1