| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 2/15/22 |

JMG Improvements, Inc., *et al.*,

                                     Plaintiffs,

                v.                                20-CV-2882 (RA)

Arch Specialty Insurance Company, *et al.*,         ORDER

                                  Defendants.

RONNIE ABRAMS, United States District Judge:

      Oral argument on the motions for summary judgment is hereby **scheduled for March 2, 2022 at 4:00 p.m.,** and will be held by videoconference.

      The public may access the argument using the following the dial-in information: Call-in Number: (917) 933-2166; Access Code: 781158730#.  The Court will contact the parties the day before argument regarding the videoconferencing technology.

SO ORDERED.

Dated:     February 15, 2022
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge