```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JMG IMPROVEMENTS INC. and
BE & YO REALTY INC.,

                    Plaintiffs,

              v.

ARCH SPECIALTY INSURANCE
COMPANY and ARMOUR RISK
MANAGEMENT INC.,

                    Defendants.

No. 20-CV-2882 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are the cross-motions for summary judgment requesting declaratory judgment as to Arch's duty to defend, as well its ultimate duty to indemnify, based on the commercial general liability policy between Arch and JMG. No later than April 12, 2022, the parties shall submit supplemental briefing clarifying their arguments as to Arch's duty to defend, and specifically addressing the application of the New York Limitation Endorsement and the EIFS exclusion in that context. Any oppositions may be filed by April 19, 2022.

    This case will be temporarily stayed pending receipt of this supplemental briefing.

SO ORDERED.

Dated:    March 29, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge