**LAW OFFICE OF**
**JAMES M. HADDAD**

1700 BROADWAY
41ST FLOOR
NEW YORK, NEW YORK 10019-5905

(212) 246-0546
FAX (212) 937-2133

April 17, 2022

**VIA PACER ONLY**

Honorable Ronnie Abrams, USDJ
Thurgood Marshall United States Courthouse, Courtroom 1506
40 Foley Square
New York, NY 10007
Deputy Phone: (212) 805-0162
Chambers Phone: (212) 805-0284

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
04/18/22

Re:   LETTER MOTION Re: Second Adjournment of Additional Briefing
      *JMG Improvements, Inc. et ano v. Arch Specialty Insurance Company; Armour Risk Management, Inc.*
      Case No. 20-CV-2882 (RA)

Honorable Judge Ronnie Abrams:

    Undersigned is counsel for the plaintiff, JMG Improvements, Inc. ("JMG" or "Plaintiff"). I am writing to request an adjournment of the additional briefing requested by the Court, which was to be filed January 19, 2022. (Your Honor has already granted one adjournment, as per Doc#129, at request of our adversary, counsel for Defendants.)

    The reason for the second adjournment is that personal and family health issues have intervened and set the undersigned back. I write with the consent of all counsel, who have agreed to a further one week extension. Therefore, I respectfully request a one-week adjournment of the foregoing deadlines so that the supplemental briefing is due by April 26, 2022, and opposing papers by May 3, 2022.

    We thank the Court for its indulgence and attention to this matter.

                                                    Respectfully,

                                                    James M. Haddad

cc:   Cliff I. Bass
      Frank Valverde

court16.docx