UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/06/22
```

JMG IMPROVEMENTS, INC., *et al.*,

                      Plaintiffs,

            v.

ARCH SPECIALTY INSURANCE COMPANY, *et al.*,

                      Defendants.

20-CV-2882 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Oral argument on the motions for summary judgment is hereby **scheduled for July 19, 2022 at 3:00 p.m.,** and will be held by videoconference. The parties shall tailor their arguments to the matters addressed in their supplemental briefing.

    The public may access the argument using the following the dial-in information: Call-in Number: (917) 933-2166; Access Code: 781158730#. The Court will contact the parties the day before argument regarding the videoconferencing technology.

SO ORDERED.

Dated:    July 6, 2022
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge