| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 07/22/22 |

JMG IMPROVEMENTS, INC., *et al.*,

                              Plaintiffs,

            v.                                                  20-CV-2882 (RA)

ARCH SPECIALTY INSURANCE COMPANY, *et al.*,                 <u>ORDER</u>

                              Defendants.

RONNIE ABRAMS, United States District Judge:

      No later than July 27, 2022, the parties shall confer and propose new times for oral argument.

SO ORDERED.

Dated:    July 22, 2022
             New York, New York

                                                                      Ronnie Abrams
                                                                      United States District Judge